JENNIFER CANGRO, Appellant, v PARK SOUTH TOWERS ASSOCIATES et al., Respondents.

Decided March 26, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of MARVIN DENNARD, Appellant, v CITY OF BUFFALO EXAMINING BOARD OF PLUMBERS, Respondent.

Decided March 26, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of JEVON HENRY, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted March 9, 2015; decided March 26, 2015

Motion by Prisoners' Legal Services of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. A copy of the brief must be served and an original and two copies filed within seven days.